# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

KEITH W. DEWITT, SR. )
      Plaintiff, )
)
) Civil Action: 1:23cv239 MJT-ZH
) Complaint
VS. ) Jury Trail Requested
)
)
)
UNITED STATES OF AMERICA )
      Defendant, )

---

## COMPLAINT FOR A CIVIL CASE

---

Comes now Keith W. DeWitt, Sr., ("Plainiff"), 2375 Luke Edwards Road, Dacula, Georogia, 30019, pursuant to Federal Torts Claims Act (FTCA) 28 U.S.C. § 2671 – 2680 et. Seq., and 28 U.S.C. § 1346 (b)(1), moves this most Honorable Court to find the United States of America (Bureau of Prisons) liable for Medical Malpractice; Denial of Adequate Medical Treatment.

**Statement of Claim:**

Federal courts have jurisdiction in Diversity of Citizenship. Plaintiff is an individual residing in the State of Georgia, and the amount in controversy – the amount the Plaintiff claims the defendant owes or the amount at stake – is more than $75,000, not counting interest and costs of court. Because Plaintiff seeks damages of $3,000,000 from the United States for the Medical malpratice, Denial of adequate (no medical treatment was give). An adeuquate diagnosis is or should be the first step in evaluating any medical concern, and said medical treatment was denied when Plaintiff was an inmate at U.S.P. Beaumont. The contracted medical department (Wellpath) at U.S.P. Beaumont continually mis-diagnosis my medical symptoms; giving several diffent medications totally guessing at the symptoms. When medical staff finally decided to do a punch biopsy; the biopsy was destroied by an outside labioratory. I was seen again by medical staff, without guidance from a biopsy; another medication was prescribed which again did not work. (please attachments).

Adequate medical treatment is a staple in any civilized society; even in a prison enviroment. The United States has a non-discretionary duty to provide that standard of medical treatment to incarcerated individuals. The United States further has the duty to oversee the implementation of those medical standards, if it chooses to hire a third party provider to service incarcerated persons.

All administrative remedies were pursued up and until Plaintiff,s immediate release from a life sentence on July 7, 2022 in the Southern District of Ohio, at Dayton by the Honorable Judge Walter H. Rice. A Stanndard Form 95 was sent to South Central Regional Office, at U.S. Armed Forces Reserve Complex, 344 Marine Forces Drive Grand Prairie, Texas [75051], on September 2, 2022, and six (6) months to the date of this filing have expired with no reply from the South Central Regional Office.

**Relief:**

Plaintiff seeks damages in the amount of $3,000,000 for the experimental style medical treatment received at the hands Wellpath, a contracted medical provider hired by the United States to service the prison population at U.S.P. Beaumont.

Under Federal Rule of Civil Procedure 11, by my signing below, I certify to the best of my knowledge, infromation, and belief that this complaint: 1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; 2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; 3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and 4) the complaint otherwise complies with the requirements of Rule 11.

Date: 6-10-2023

/s/ By: 

Keith W. DeWitt, Sr.

additional instructions.

**1. Submit to Appropriate Federal Agency:**

BUREAU of PRISONS (B.O.P.)

**2. Name, address of claimant, and claimant's personal representative If any. (See Instructions on reverse). Number, Street, City, State and Zip code.**

KEITH W. DeWitt, SR. (42918-061)
2375 LUKE EDWARDS Road
DACULA, GEORGIA, 30019

**3. TYPE OF EMPLOYMENT**
☐ MILITARY ☑ CIVILIAN

**4. DATE OF BIRTH**
10-25-1968

**5. MARITAL STATUS**
— NA —

**6. DATE AND DAY OF ACCIDENT**
ON OR About Aug. 18, 2021

**7. TIME (A.M. OR P.M.)**
9:30 A.M.

**8. BASIS OF CLAIM** (State In detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property Involved, the place of occurrence and the cause thereof. Use additional pages If necessary). DENIAL of basic medical care. I was exposed to a toxic mildew or fungus within inmate shower area in FB housing unit. The institution was full knowledge of Black mold and other hazardous molds within inmates shower area. I was continuously missed diagnosed And given the wrong medical treatment. (see all attachments). wellpath as a contracted partner of B.O.P.; miss handled a culture sample (punch biopsy). Again using guess work medicine to treat my condition. I am still to the date of claim suffering from the exposure to toxic fungus.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side).

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT. My skin burns when the fungus is Attactive. Reapparance of the Rash which leave scars.

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | B.O.P medical staff; inmate Administrative writings. |

**12.** (See Instructions on reverse). **AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| NONE | scars from culture (punch biopsy); actual scars from fungus | | $3,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

**13a. SIGNATURE OF CLAIMANT** (See Instructions on reverse side).
By: [signature]

**13b. PHONE NUMBER OF PERSON SIGNING FORM**
404-938-5880

**14. DATE OF SIGNATURE**
Sep 2, 2022

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM**

The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729).

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS**

Fine, Imprisonment, or both. (See 18 U.S.C. 287, 1001.)

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

NONE

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☐ Yes   ☐ No   | 17. If deductible, state amount.

NONE

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

NONE

19. Do you carry public liability and property damage insurance?   ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

NONE

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in Item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

Keith W. DeWitt, Sr.
2375 Luke Edwards Road
Dacula, Georgia, [30019]


**United States District Court, Eastern District of Texas, Beaumont Division**


| | | |
|---|---|---|
| **KEITH W. DEWITT,SR.** | ) | |
| | ) | |
| | ) | Case No: |
| | ) | |
| **VS.** | ) | **BOND** |
| | ) | |
| | ) | |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |

_____

There appearing no bond of record to initiate the matter regarding Case No:_____, and associated account(s), I, Keith W. DeWitt, Sr., undertake as follows:

In consideration of the fact that no lawful money of account exists in circulation, and in consideration of the fact that I have suffered dishonor regarding the matter of Case No:_____, and associated account(s), I underwrite with my private exemption #272720937, any and all obligations of performance/loss/costs sustained by the United States of America and the respectful citizens regarding said matter.

Done at Gwinnett County, Georgia, this day of June 10, 2023.

/s/ _____
Keith W. DeWitt, Sr.

Keith W. DeWitt, Sr.
2375 Lake Edwards Road
Dacula, Georgia, [30019]

United States District Court, Eastern District of Texas, Beaumont Division

KEITH W. DEWITT, SR.          )
                              )
                              )    Case No: _____
                              )
VS.                           )    BOND
                              )
                              )
                              )
UNITED STATES OF AMERICA      )

---

There appearing no bond of record to initiate the matter regarding Case No: _____, and associated account(s), I, Keith W. DeWitt, Sr., undertake as follows:

In consideration of the fact that no lawful money of account exists in circulation, and in consideration of the fact that I have suffered dishonor regarding the matter of Case No: _____, and associated account(s), I underwrite with my private exemption #272720957, any and all obligations of performance/loss/costs sustained by the United States of America and the respectful citizens regarding said matter.

Done at Gwinnett County, Georgia, this day of June 10, 2023

_____
Keith W. DeWitt, Sr.



# EXHIBITS

**U.S. DEPARTMENT OF JUSTICE**                                        **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: DeWitt, Keith     42918-061     FB     U.S.P. Beaumont
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** Eight months have elapse from the time I was charged a two (2) dallol co-pay to learn the origin of the Rash on my chest and neck area; and treatment. My First BP-9 was withdrawen on Jan. 21, 2023; contingent upon receiving antibotics and a medical culture. As of the date of this BP-9 I still have not received a proper medical diagnosis as to what is causing the rash (which is leaving visible black marks (scars) on my neck). Wellpath Inc, (through their "cost containment" program, health administrator Frank's and U.S.P. Beaumont (B.O.P.) as a whole; are practicing fraudulent concealment and deliberate indifference denying me and the inmate population adequate medical diagnosis and/or treatment. The Health department and administration have full knowledge that I've been exposed to some type of Black mold, funguse and/or toxic mildew residing in the shower area in Fox Bravo housing unit at a minimal. I was given Doxycycline Hydate 100mg (a pill suppliment) and Betamethasone Dipropionate cream; neither worked - to only worsen the problem. Again, I am requesting to be properly diagnosed and made aware of what I have been exposed too, and where the exposure came from. Because of the concerted effort by all parties to fraudulently conceal knowledge that they know that there is Black mold, funguse and/or a toxic mildew present in this facility; they're deliberate indifference is systematic fashions - to deny diagnosis and treatment. Bureau of Prisons is liable, as they have first hand knowledge of the problem from outside entities (reports).

3-29-2022                 By: _Keith DeWitt_
DATE                           SIGNATURE OF REQUESTER

**Part B– RESPONSE**

RECEIVED APR 1 4 2022

DATE                        WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**THIRD COPY: RETURN TO INMATE**                 CASE NUMBER: 1116992-F1

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CASE NUMBER: _____

**Part C– RECEIPT**             Ex #1

Return to: _____  _____  _____  _____
          LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____

DATE                  RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                          BP–229(13)
                                                   APRIL 1982

**Requirement for submission of this request directly to the Regional Director, Bureau of Prisons.**

When the inmate believes that he may be adversely affected by submission of this request at the institution level because of the sensitive nature of the complaint, he may address his complaint to the Regional Director. He must clearly indicate a valid reason for not initially bringing his complaint to the attention of the institution staff.

If the inmate does not provide a reason, or if the Regional Director or his designee believes that the reason supplied is not adequate,   the inmate will be notified that the complaint has not been accepted. The form sent to the Regional Director will not be returned. However, the inmate may prepare a new request and submit it at the institution if he wishes.

**FEDERAL CORRECTIONAL COMPLEX, BEAUMONT, TEXAS**
**PART B-RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY #1116992-F1**

This is in response to your Request for Administrative Remedy received on April 14, 2022, in which you state medical staff are aware of an outbreak of a fungus in the housing unit. You indicate you have a rash and you are being denied medical evaluation. For relief, you request proper diagnosis and medication.

Medical care at the Federal Correctional Complex (FCC), in Beaumont, Texas, is provided by Wellpath under a comprehensive managed care contract. A review of your medical records was conducted. Records indicate you arrived at the United States Penitentiary (USP), at FCC Beaumont, on February 19, 2020.

On August 12, 2021, you were seen in Health Services for a rash on your face and chest. You reported over the counter medications were not working. An appointment with the provider was scheduled. On September 23, 2021, a provider saw you. You reported the over the counter medications continue to not work. The provider prescribed you Betamethasone Dip 0.05% Cream. On January 20, 2021, the physician saw you during a Chronic Care Visit. During this visit, a rash on your chest was observed and a diagnosis of Folliculitis was provided with Doxycycline Hyclate, 100 mg tablets, being prescribed. During Sick Call on February 10, 2022, the provider saw you for complaints of skin eruptions. A punch biopsy was ordered, competed on March 3, 2022, and sent to the laboratory for results. The laboratory was unable to complete testing on the specimen. On April 21, 2022, the provider saw you for a preventative health visit. A diagnosis of Pityriasis Versicolor was provided and you were prescribed Fluconazole, 200 mg tablets, which are currently pending delivery.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only.

If you are not satisfied with this response, you may appeal to the Regional Director at Bureau of Prisons, South Central Region, South Central Regional Office, 344 Marine Forces Drive, Grand Prairie, Texas 75051. Your appeal must be received in the South Central Regional Office within 20 calendar days of the date of this response.

_____                    _____
Bryan K. Dobbs, Complex Warden                              Date

Ex # 2

BMX 1330.18A
May 8, 2015
Page 6

**Attachment A**

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons P1330.18, <u>Administrative Remedy Program</u>, (January 6, 2014), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Dec. 13, 2021

Inmate Name: <u>DeWitt</u> Keith Reg. No.: <u>42918-061</u> Unit: <u>FB</u>

**Specific Complaint and Requested Relief:** <u>Medical staff is AWARE of AN outbreak of A fungus AND/OR Black mold in FB housing unit. As several inmates, including myself HAVE been identified with A rash appearing on the upper chest AREA AND Neck. I was given Doxycycline Hyclate 100 mg, A pill supplement for fourteen days And Betamethasone Dipropionate A cream supplement along with the pill regiment. Neither has worked to Abate the rash. As A matter of fact, the rash spread. I Am requesting A proper diagnosis of the Affected Area, where And what spore community is causing the outbreak And I would like the proper medication(s) to remedy the problem.</u>

**Efforts Made By Inmate To Informally Resolve Grievance (be specific):** <u>Made the medical staff AWARE of the problem over 90 days Ago, And took with no results the medications prescribed.</u>

**Counselor's Comments:** <u>Sent to Franks via email 12/14/21, waiting response</u>

**Correctional Counselor's Review / Date**     1/04/2022

**Unit Manager's Review / Date**     1/6/21

Ex #3

**FEDERAL CORRECTIONAL COMPLEX, BEAUMONT, TEXAS**
**PART B-RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY #1107029-F1**

This is in response to your Request for Administrative Remedy received on January 14, 2022, in which you state medical staff are aware of an outbreak of a fungus in the housing unit. You indicate you have a rash and you are being denied medical evaluation. For relief, you request proper diagnosis and medication.

When the Health Services Specialist discussed your medical concerns with you, you indicated a desire to withdraw this Request for Administrative Remedy. On January 21, 2022, you signed a statement stating your desire to withdraw this Request for Administrative Remedy.

Based on the above, no substantive review of the submitted request will occur. Any future review of this matter will require that you start the remedy process anew and will be subject to filing limitations, to include those regarding the timely filing of administrative remedy submissions.

This response to your Request for Administrative Remedy is for informational purposes only.

If you are not satisfied with this response, you may appeal to the Regional Director at Bureau of Prisons, South Central Region, South Central Regional Office, 344 Marine Forces Drive, Grand Prairie, Texas 75051. Your appeal must be received in the South Central Regional Office within 20 calendar days of the date of this response.

_____          _____
Bryan K. Dobbs, Complex Warden              Date

Ex # 4

On January 21, 2022 I withdrew my BP-9; contingent to a upon me receiving Antibotics, and a culture to be sent out lab. No of things materialized. Health Administrator Franks along with the institution at large; are practicing fraudulent concealment and deliberate indifference surrounding the medical treat of my exposure to Black mold, fungus and/or toxic mildew. The institution knows first hand that there is a black mold problem festering in the inmate population showers. I was given Doxycycline Hyclate 100 mg (a pill suppliment) for fourteen days and Betamethasone Dipropionate cream to address the problem, neither working together worked. The rash on my neck and chest area has worsened; leaving black spots on my neck. Pursuant to the Federal tort Claim Act and because of the fraudulent concealment and deliberate indifference; the B.O.P is Liable $10,000 per day from the initial Notification of my exposure to toxic black mold (fungus and/or mildow), and they'er refusial to treat.

Feb 17, 2022 →

On January 21, 2022 I withdrew my BP-9; contingent upon me receiving Antibotics and a medical culture to be sent to a lab. None of these things materialized. Health Administrator Franks along with U.S.P. Beaumont are practicing fraudulent concealment and deliberate indifference by denying inmates proper medical attention, when they know that the inmates are being exposed to Black mold, funguses and toxic mildow in the shower area. Medical and the institution has first hand knowledge about the issue of Black Mold. I was given Doxycycline Hyclate 100 mg (a pill suppliment) for fourteen days along with Betamethasone Dipropionate cream; neither has worked and the rash has worsened leaving black spots on my neck. Pursuant the Federal Torts Claims Act the B.O.P is now liable at $10,000 per day from the initial Notification of my exposure to toxic black mold and they'er refusial to treat

EX#5

Eight months has elapse from the time I was charged a two dollar co-pay to learn the origin of the rash on my chest and neck area. My first BP-9 was withdrew on Jan. 21, 2022; contingent upon receiving antibotics and a medical culture. The culture was done, and still no proper medical diagnosis have been given as to what is causing the rash; a rash which is leaving visible black marks on my neck. Wellpath (through their "cost containtment program"), health administrator Frank's and U.S.P. Beaumont (B.O.P.) as a whole are practicing fraudulent concealment and deliberate indifference denying me and the inmate populatione adequate medical diagnosic or treatment. This health department and administrative have full knowledge that I've been exposed to some type of black mold, fungus and/or toxic mildew in the shower area at a minimal. I was given Doxycycline Hydate 100mg and Betamethasone Dipropionate cream; Neither worked, only worsened this condition. Again, I am requesting to properly diagnosed and made aware of what I have been exposed too. Because of the concerted effort by all parties to practices fraudulent concealment and deliberate indifference; denying me medical treatment. Pursuant to Federal Torts Claims Act Bureau of Prisons is liable for my pain and sufferring at $10,000 per day from the initial notificatione date of my exposure to a toxic substance in the inmate shower area.

Ex #6

Dec. 13, 2021

Medical staff is AWARE of AN outbreak of fungas or Black mold in FB housing unit. Several inmates including myself have been identified with Rash appearing on the upper chest Area And neck. I was given Doxycycline Hyclate 100 mg, A pill supplement for fourteen days And Betamethasone Dipropionate, A cream supplement to go Along with pill regiment. Neither has worked to Abate this Rash. As A matter of fact, the Rash has spread since. I Am Requesting A proper diagnosis of this affected Area, where And what spore community is causing the break And I would like the proper medication(s) to Remedy the problem. The Rash visible on my neck And chest Region.

EX #7

Keith W. DeWitt, SR.
2375 Luke Edwards Rd.
Dacula, Georgia   [30019]

June 10, 2023

Office of the Clerk
United States Courthouse
300 Willow Street
Beaumont, Texas   [77701]

RE: Return of A Stamp Copy of Filed
    Complaint

Dear Clerk,

Please find enclosed one true copy of A Civil
Complaint to be filed with your office.

Also, find one self stamped envelope for A
Return copy of the time stamped complaint.

Thank you for your time and consideration in
this matter.

Sincerely,

/s/ By: [signature]
Keith W. DeWitt, SR.

Keith W. DeWitt, Sr.
2375 Luke Edwards Rd.
Dacula, Georgia [30019]



Jack Brooks Federal Building
United States Court House
300 Willow Street
Beaumont, Texas [77701]

CLERK, U.S. DISTRICT COURT
RECEIVED

JUN 20 2023

EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS