IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| KEITH W. DEWITT, SR. | § | |
| VS. | § | CIVIL ACTION NO. 1:23cv239 |
| UNITED STATES OF AMERICA | § | |

### REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Keith W. DeWitt, Sr., proceeding *pro se*, filed the above-styled lawsuit. This matter was referred to the undersigned United State Magistrate Judge pursuant to 28 U.S.C. § 636.

Plaintiff has filed a motion (doc. no. 3) asking that this matter be voluntarily dismissed. The undersigned is of the opinion it would be in the interests of justice to grant the motion and dismiss the petition pursuant to Federal Rule of Civil Procedure 41(a).

### Recommendation

Plaintiff's motion to dismiss should be granted and this case dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

### Objections

Objections must be (1) specific, (2) in writing, and (3) served and filed within 14 days after being served with a copy of this report. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(b) and 72(b).

Failure to object bars a party from (1) entitlement to *de novo* review of proposed findings and recommendations, *Rodriguez v. Bowen*, 857 F.2d 275, 276-77 (5th Cir. 1988), and (2) appellate review, except on grounds of plain error, of unobjected-to factual findings and legal conclusions accepted by the court, *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1429 (5th Cir. 1996).

SIGNED this 6th day of November, 2023.

_____
Zack Hawthorn
United States Magistrate Judge