IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| KEITH W. DEWITT, SR. | § | |
| VS. | § | CIVIL ACTION NO. 1:23cv239 |
| UNITED STATES OF AMERICA | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Keith W. DeWitt, Sr., proceeding *pro se,* filed the above-styled lawsuit. The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge. The magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends that plaintiff's motion to dismiss be granted and this lawsuit dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

The Court has received and considered the Report and Recommendation, along with the record and pleadings. No objections to the Report and Recommendation have been filed.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge [Dkt. 11] is ADOPTED as the opinion of the Court. Plaintiff's motion to dismiss [Dkt. 10] is GRANTED. A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

**SIGNED this 7th day of December, 2023.**

Michael J. Truncale
United States District Judge